JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TILE INDUSTRY RETIREMENT SAVINGS TRUST,<br><br>    Plaintiff in Interpleader,<br>v.<br><br>LISA BIEHLE, an individual, JASON MYCROFT, an individual, JUSTIN MYCROFT, an individual, and JESICA MYCROFT, an individual,<br><br>    Defendants in Interpleader. | CASE NO.: 5:24-cv-00594 KK(SPx)<br><br>**ORDER RE: DISMISSAL** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY ORDERED that:

(1) Pursuant to the "Stipulation for Dismissal Without Prejudice, Subject to the Court Retaining Jurisdiction of the Action to Enforce Settlement Agreement" entered into by and between the Plaintiffs and Defendants, the above-entitled case shall be dismissed, without prejudice; and

1

EXHIBIT 1 - [PROPOSED] ORDER RE: DISMISSAL

(2) This Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the parties' Settlement Agreement, including, but not limited to, entering judgment, amending judgments, issuing writs of execution, and issuing other orders.

DATED: December 23, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge